UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILMINGTON TRUST, NATIONAL ASSOCIATION, *as Trustee for the Benefit of the Registered Holders of Wells Fargo Commercial Mortgage Trust 2019-C49, Through Certificates Series 2019-C49*,

     Plaintiff,

v.

659 BROADWAY RETAIL OWNER, LLC,

     Defendant.

No. 22-CV-435 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

  A post-discovery conference was previously scheduled in this matter for February 17, 2023 at 1:30 p.m. Due to a scheduling conflict, the conference is hereby rescheduled to 11:00 a.m. that same day. Call-In Number: (888) 363-4749; Access Code: 1015508#.

  Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

SO ORDERED.

Dated: February 2, 2023
    New York, New York

                  Ronnie Abrams
                  United States District Judge